Printed: 04/13/11 02:50 PM

# Claims Distribution Small Checks

Page: 1

Trustee: ROBERT R. KANUIT (430160)

Case: 09-51522 - SEILOFF, KEITH C.

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 920079417075666 | 104   04/13/11 | 12 | 11/13/09 | 100 | U.S. Bankruptcy Court Payee: Keith Seiloff | 1.00 | 1.00 | 1.00 | 1.00 |

Check Amount: $1.00

RECEIVED
2011 APR 18 AM 9:10
U.S. BANKRUPTCY COURT
DULUTH, MN

(*) Denotes objection to Amount Filed